# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,

-vs-                                          Case No. 3:21-CR-147
                                                  Judge Thomas M. Rose

WILLIAM JAMES BEAN,

      Defendant.

---

### ENTRY AND ORDER DENYING MOTION TO REVOKE DETENTION ORDER

---

On March 31, 2022, the Court conducted a hearing on Defendant's Motion to Revoke Detention Order Pursuant to 18 U.S.C. 3145(c) (doc. 30) at which, Defendant requested he be released to seek medical treatment for an injury sustained in 2017.

Based upon the information provided, including Defendant's criminal history, the recommendations of the United States Pretrial Services Office and the Government, the Court finds by clear and convincing evidence under 18 U.S.C. 3142(c) that there is still no condition or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community.

Therefore, Defendant's Motion to Revoke Detention Order pursuant to 18 U.S.C. 3145(c) (doc. 30) is **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this 18th day of April 2022.

.

                                                *s/Thomas M. Rose*

                                                _____

                                                THOMAS M. ROSE, JUDGE
                                                UNITED STATES DISTRICT COURT